# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff(s) <br><br> v. <br> CLAIRE PATRICIA HAVILAND, et al., <br> ZACHARY S. WINTERS (9) <br><br> Defendant(s). | CASE NUMBER <br><br> 2:24-cr-00570-WLH <br><br> **ORDER ON** <br> **APPLICATION FOR WRIT OF HABEAS CORPUS** <br><br> ☑ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: ZACHARY S. WINTERS

Alias: _____

on ___March 13, 2025___ at ___1:30 p.m.___ before Judge/Magistrate Judge ___Castillo, Duty Magistrate Judge___
   *(Date of Appearance)*          (Time)

Dated: _____

                                    **U.S. District Judge/U.S. Magistrate Judge**

G-09 ORDER (10/06)    **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**