BILAL A. ESSAYLI
United States Attorney
DAVID T. RYAN
Chief, National Security Division
Assistant United States Attorney
REEMA M. EL-AMAMY (CBN 237743)
Assistant United States Attorney
Terrorism and Export Crimes Section

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> PLAINTIFF(S) <br><br> v. <br><br> CLAIRE PARTICIA HAVILAND, et al., <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:24-cr-00570-WLH <br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

UNDER SEAL DOCUMENTS

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| | |
|---|---|
| May 18, 2025 | REEMA M. EL-AMAMY |
| Date | Attorney Name |
| | United States of America |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).